UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

DEANNA PARKES,                               )
                                             )
              Plaintiff,                     )
                                             )
v.                                           )        1:11-cv-00099-NT
                                             )
COMMISSIONER, SOCIAL                         )
SECURITY ADMINISTRATION,                     )
                                             )
              Defendant.                     )

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

       No objections having been filed to the Magistrate Judge's Recommended

Decision filed January 11, 2012, the Recommended Decision is AFFIRMED.  It is

therefore ORDERED that the Commissioner's decision is AFFIRMED.


SO ORDERED.


                                             /s/ Nancy Torresen_____
                                             Nancy Torresen
                                             United States District Judge

Dated this 27th day of February, 2012.